KAREN L. LOEFFLER
United States Attorney

STEPHANIE C. COURTER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: Stephanie.Courter@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. |
|---|---|---|
| Plaintiff, | ) ) | COUNT 1: |
| v. | ) ) | POSSESSION OF STOLEN MAIL Vio. of 18 U.S.C. § 1708 |
| BRENDA SUE COX, | ) ) ) | |
| Defendant. | ) | |

I N D I C T M E N T

The Grand Jury charges that:

INTRODUCTORY ALLEGATIONS:

At all times relevant to this Indictment:

1.  The defendant, BRENDA SUE COX ("COX"), worked as a contract employee for the United States Postal Service, delivering mail in the area of Wasilla, Alaska.

## COUNT 1:

2.     Paragraph 1 of this Indictment is hereby incorporated by reference as if fully restated herein.

3.     On or about October 11, 2012, within the District of Alaska, the defendant, BRENDA SUE COX, did receive, conceal, and unlawfully have in her possession, letters, postal cards, packages, bags, and mail, which had been stolen, taken, embezzled, and abstracted from and out of any mail, post office and station thereof, letter box, mail box, mail receptacle, mail route,

//

//

//

//

//

//

//

//

//

//

//

authorized depository for mail matter, letter or mail carrier, knowing the same to have been stolen, taken, embezzled, and abstracted.

All of which is in violation of Title 18, United States Code, Section 1708.

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ Stephanie C. Courter
STEPHANIE C. COURTER
United States of America
Assistant U.S. Attorney

s/ Kevin Feldis for:
KAREN L. LOEFFLER
United States of America
United States Attorney

DATE: 7/17/13